◼ In the Matter of JOHN S. JAGIELA, a Suspended Attorney. [644 NYS2d 964] —Motion granted and petitioner is reinstated as an attorney and counselor-at-law in the State of New York, effective July 15, 1996. No opinion. Concur—Sullivan, J. P., Rosenberger, Ross, Nardelli and Tom, JJ.